**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00373-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIANO LARA-RODRIGUEZ,

    Defendant.

---

**ORDER**

---

    Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on May 1, 2015,

    **IT IS ORDERED** that Defendant Mariano Lara-Rodriguez is sentenced to **time served**.

    Dated: May 1, 2015

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE